**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ALEXA ROHLSEN,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00184-CEM-PRL**

**JENNIFER SUZANNE MOFFITT, SUPERVISOR DAVE MOTTA, SUPERVISOR BRITTANY EGUIA, DANA ADAMS, DONNA INCANDELA, KELLY S. PLOUFFE, ANGIE PRITCHARD, LUTHERAN SERVICES FLORIDA, INC., FAMILY SUPPORT SERVICES SUNCOAST, INC., DIRECTIONS FOR MENTAL HEALTH, INC., ECKERD YOUTH ALTERNATIVES INC.,**

**Defendants,**
**_________________________________/**

**ORDER**

This case is before the Court upon periodic review. On April 6, 2026, the undersigned entered a Report and Recommendation recommending that this case should be dismissed. (Doc. 29). In light of that recommendation, the numerous pending motions filed by the pro se Plaintiff are due to be terminated as moot, including Plaintiff's motions for an administrative pause, to consolidate cases, for e-filing access, to stay, for protective order, to change venue, to establish a communications protocol, and to stay discovery. (Docs. 15, 17, 18, 19, 20, 21, 22, 23 & 27). If the report is not adopted, and the case proceeds, the motions may be refiled as necessary and appropriate.

**DONE** and **ORDERED** in Ocala, Florida on August 19, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties